UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO,

             Plaintiff,

    - against -

IDEA NEST, LLC,

             Defendant.

23-cv-3488 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the plaintiff to serve the summons and complaint is extended to **August 1, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for **September 26, 2023** is canceled.

SO ORDERED.

Dated:    New York, New York
          July 10, 2023

                                          John G. Koeltl
                                   United States District Judge