```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

LUIS TORO,

                Plaintiff,

            23-cv-3488 (JGK)

    - against -

            ORDER

IDEA NEST, LLC,

                Defendant.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

On July 10, 2023, the Court directed the plaintiff to serve the summons and complaint by August 1, 2023, and advised that if the plaintiff failed to serve the summons and complaint by that date, the case would be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 4(m). ECF No. 5. To date, the plaintiff has failed to serve the summons and complaint on the defendant. Accordingly, this case is **dismissed without prejudice** for failure to prosecute pursuant to Rule 4(m).

The Clerk is respectfully directed to close all pending motions and to close this case.

**SO ORDERED.**

**Dated:**   **New York, New York**
           **August 16, 2023**

                                        /s/ John G. Koeltl
                                       ─────────────────────
                                          **John G. Koeltl**
                                     **United States District Judge**